IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–01–M–DLC–1 |
| Plaintiff, | |
| vs. | ORDER |
| SALVADOR ANDAYA CURIEL, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on April 27, 2016.  Neither party objected and

therefore they are not entitled to *de novo* review of the record.  28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Salvador Andaya Curiel's

guilty plea after Curiel appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of distribution of

methamphetamine in violation of 21 U.S.C. § 841(a)(1), as set forth in Count IV of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I through III of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 59), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Salvador Andaya Curiel's motion to change plea (Doc. 51) is GRANTED and Salvador Andaya Curiel is adjudged guilty as charged in Count IV of the Indictment.

DATED this 12th day of May, 2016.

Dana L. Christensen, Chief District Judge
United States District Court